

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00124-CV

**CHRISTUS SANTA ROSA HEALTH CARE CORPORATION**,
Appellant

v.

Jennifer Marie **BOTELLO** and Edmond M. Ybarra Individually
and as Next Friends of Yzabella Marie Ybarra, a Minor Child,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18783
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

We WITHDRAW our opinion and judgment dated September 18, 2013, and issue this opinion and judgment in their place. In accordance with this court's opinion of this date, the trial court's order of February 6, 2013, is REVERSED and judgment is RENDERED dismissing appellees' health care liability claims against appellant with prejudice.

It is ORDERED that appellant recover its costs of appeal from appellees.

SIGNED November 13, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice